IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EVANSTON INSURANCE COMPANY,

      Plaintiff,

vs.                                                                                                                        No. CIV 18-0654 JB/KK

DESERT STATE LIFE MANAGEMENT;
CHRISTOPHER MOYA, in his capacity as
Receiver for the receivership estate of DESERT
STATE LIFE MANAGEMENT; PAUL A.
DONISTHORPE; L. HELEN BENNETT;
LIANE KERR; AYUDANDO GUARDIANS,
INC., a New Mexico Nonprofit Corporation, on
behalf of seven protected persons; JOSEPH
PEREZ; CHRISTINE GALLEGOS,
individually and as Guardian of VICTOR
BALDIZAN, an incapacitated adult; SCOTT K.
ATKINSON, as Guardian Ad Litem for
VINCENT ESQUIBEL, JR., an Incapacitated
Person; and CHARLES REYNOLDS, as
Conservator for J.W., an Incapacitated Person,
and CAMERON GRAHAM, as trustee for
ANDREW GRAHAM, CHRISTOPHER
MOYA; ASCENDING HOPE, LLC; CNRAG,
INC. and DECADES, LLC,

      Defendants.

**FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on the Order on Remand, filed March 31, 2023 (Doc. 220)("Order"). In the Order, the Court grants judgment for Plaintiff Evanston Insurance Company "on Count Two and Count Three of the Plaintiff's Fourth Amended Complaint for Rescission and Declaratory Judgment, filed September 29, 2021 (Doc. 200)[("Fourth Amended Complaint")]." Order at 5. Additionally, the Court dismisses "Count One in the [Fourth Amended Complaint]." Order at 5. With no more parties, claims, or issues before the Court, the Court enters

Final Judgment, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, disposing of this case.  See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) judgment is granted for Plaintiff Evanston Insurance Company on Count Two and Count Three of the Plaintiff's Fourth Amended Complaint for Rescission and Declaratory Judgment, filed September 29, 2021 (Doc. 200)("Fourth Amended Complaint"); (ii) Count One of the Fourth Amended Complaint is dismissed; (iii) judgment is entered for Evanston Insurance, and against Defendants Christopher Moya and L. Helen Bennett; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Ann Maloney Conway
Keleher & McLeod, PA
Albuquerque, New Mexico

-- and --

Joseph Borders
McJessy, Ching & Thompson, LLC
Chicago, Illinois

    *Attorneys for the Plaintiff*

Ray M. Vargas II
Vargas Law Firm, LLC
Albuquerque, New Mexico

    *Attorneys for Defendant Paul A. Donisthorpe*

Maureen A. Sanders
Sanders & Westbrook, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant L. Helen Bennett*

Paul J. Kennedy
Kennedy, Hernandez & Associates, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendant Liane Kerr*

Kevin Arthur Graham
New Mexico Regulation and Licensing Department
Santa Fe, New Mexico

-- and --

Daniel Ross Rubin
Ortiz & Zamora
Santa Fe, New Mexico

    *Attorneys for Defendant Christopher Moya*

Joseph Goldberg
Harry Jesse Jacobus, III
Frank T. Davis, Jr.
Freedman Boyd Hollander Goldberg Urias & Ward P.A.
Albuquerque, New Mexico

    *Attorneys for Defendants Cameron Graham, Joseph Perez, Christine Gallegos, Scott Atkinson, and Charles Reynolds*

Alexander M. M. Uballez
   United States Attorney
Brandon Fyffe
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the United States of America*